WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner, | No. CV-20-01800-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Midwestern University, | |
| Defendant. | |

**IT IS ORDERED** that Defendant's motion to exceed page limit in filing its reply (Doc. 68) is denied.

**IT IS FURTHER ORDERED** that if Defendant believes filing a motion to exclude Plaintiff's expert under *Daubert* is appropriate, a motion to exclude may be filed by the same deadline as Defendant's reply. Plaintiff may respond, and Defendant may reply in support of its motion, within the time set by the Local Rules.

Dated this 25th day of February, 2022.

James A. Teilborg
Senior United States District Judge