# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner, | No. CV-20-01800-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Midwestern University, | |
| Defendant. | |

Pending before this Court is Plaintiff Mathew Horodner and Defendant Midwestern University's Joint Motion to Vacate and Reschedule Oral Argument on Defendant's Motion for Summary Judgment.

Given Ms. Thomas's unexpected illness, and the uncertainty of whether she will recover in time to proceed with oral argument, this Court grants that part of the Joint Motion that requests oral argument be vacated. This Court will take the Motion to Reschedule under advisement.

**IT IS ORDERED** that the Joint Motion to Vacate and Reschedule Oral Argument (Doc. 72) is **GRANTED** in part as set forth above. A decision regarding rescheduling will follow.

Dated this 19th day of September, 2022.

James A. Teilborg
Senior United States District Judge