**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000
Alden A. Thomas (031900)
aat@jaburgwilk.com
Corrinne R. Viola (033386)
crv@jaburgwilk.com

*Attorneys for Plaintiff*

**Jennings, Strouss, & Salmon P.L.C.**
One East Washington Street, Suite 1900
Phoenix, AZ 85004
602.262.5911
Julia S. Acken (021646)
jacken@jsslaw.com
Dina G. Aouad (036249)
daouad@jsslaw.com
dpeabody@jsslaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner,<br><br>    Plaintiff,<br><br>v.<br><br>Midwestern University,<br><br>    Defendant. | Case No. 2:20-cv-01800-JAT<br><br>**Stipulation to Extend Deadline for Filing Joint Notice re Trial Length and Dates**<br><br>**(Joint Notice Due: Sept. 29, 2022)**<br><br>**(Expedited Consideration Requested)**<br><br>(Assigned. to Hon. James A. Teilborg) |

   The parties hereby jointly stipulate and respectfully request that the September 29, 2022 deadline for the Parties to file a joint notice including an estimated length of trial and proposing at least two proposed trial dates be extended to **October 20, 2022**.

   Good cause exists for extending this deadline. Pursuant to the Court's order dated September 21, 2022, the undersigned counsel have met and conferred among themselves and with their respective witnesses.

Due to the nature of Plaintiff's disabilities, he may require accommodations that could impact the estimated length of the trial. Plaintiff requires additional time to meet and confer with his medical provider(s) on this issue. The undersigned counsel agree that after receiving clarification on the nature of any accommodations Plaintiff may require at trial from his medical provider(s), they will meet and confer again and file the joint notice requested by the Court.

Respectfully submitted this 29th day of September, 2022.

**Jaburg & Wilk, P.C.**

*/s/ Alden A. Thomas*
Alden A. Thomas
Corrinne R. Viola
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for Plaintiff*

**Jennings, Strouss, & Salmon, P.L.C.**

*/s/ Dina G. Aouad, with permission*
Julia S. Acken
Dina G. Aouad
Daniel D. F. Peabody
One East Washington Street, Suite 1900
Phoenix, AZ 85004
*Attorneys for Defendant*

21378-21378-00002\\AAT\\JJB\\5245914.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Julia S. Acken
Dina G. Aouad
Daniel F. Peabody
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5950
Facsimile: (602) 495-2664
JAcken@jsslaw.com
DAouad@jsslaw.com
DPeabody@jsslaw.com

/s/ Joy Brown

3

21378-21378-00002\\AAT\\JJB\\5245914.1