# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner,<br><br>    Plaintiff,<br><br>vs.<br><br>Midwestern University,<br><br>    Defendant. | No. CV-20-1800-PHX-JAT<br><br>**ORDER ON DEFENDANT MIDWESTERN UNIVERSITY'S MOTION FOR RECONSIDERATION**<br><br>(Hon. James A. Teilborg) |

On September 221, 2022, the Court issued its Order (Dkt. 74) denying in part, Midwestern University's Motion for Summary Judgment (Dkt. 63) ("Motion"). Subsequently Midwestern University filed a Motion for Reconsideration arguing the Court improperly applied Title II of the ADA, rather than Title III, to Plaintiff's ADA and Rehabilitation Act claims and that under Title III case law Defendant established that no genuine issue of material fact exists related to those claims.

The Court reviewed its Order and finds good cause for the Motion.

Accordingly,

**IT IS ORDERED** granting Defendant's Motion for Reconsideration.

**It IS FURTHER ORDERED** modifying the Court's Order (Dkt. 74) to grant Defendant's Motion for Summary Judgment in its entirety.