**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Alden A. Thomas (031900)
aat@jaburgwilk.com
Thomas S. Moring (021247)
tsm@jaburgwilk.com
Corrinne R. Viola (033386)
crv@jaburgwilk.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner, | Case No. 2:20-cv-1800-PHX-JAT |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE WITHIN FIRM** |
| Midwestern University, | |
| Defendant. | (Assigned to Hon. James A. Teilborg) |

Thomas S. Moring of Jaburg & Wilk, P.C. gives notice that he shall also appear on behalf of Plaintiff Mathew Horodner in addition to Alden A. Thomas and Corrinne R. Viola. It is requested that copies of all future pleadings, notices, orders, and documents in this matter be sent to the attention of counsel listed below:

Alden A. Thomas
Thomas S. Moring
Corrinne R. Viola
aat@jaburgwilk.com
tsm@jaburgwilk.com
crv@jaburgwilk.com
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

///

21378-21378-00002\\AAT\\JJB\\5245825.1

DATED this 13th of October, 2022.

**Jaburg & Wilk, P.C.**

/s/ Thomas S. Moring
Alden A. Thomas
Corrinne R. Viola
Thomas S. Moring
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Julia S. Acken
Dina G. Aouad
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5950
Facsimile: (602) 495-2664
JAcken@jsslaw.com
DAouad@jsslaw.com
DPeabody@jsslaw.com

/s/ Joy Brown