1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

9    Mathew Horodner,                    No. CV-20-01800-PHX-JAT

10          Plaintiff,                   **ORDER**

11   v.

12   Midwestern University,

13          Defendant.

14

15       **IT IS ORDERED** granting Doc. 83 and referring this case the Magistrate Judge

16   John Z. Boyle for a settlement conference (Judge Boyle was selected by direct

17   assignment due to his availability to accommodate the parties' request for a settlement

18   conference before the end of the year).

19       **IT IS FURTHER ORDERED** that due to the short timeline requested by the

20   parties, the parties must jointly contact Judge Boyle's chambers (at (602) 322-7670)

21   within one business day to schedule a date a time for the conference.

22       Dated this 29th day of November, 2022.

23
24
25
                                      _____
26                                         James A. Teilborg
                                       Senior United States District Judge
27
28