# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew Horodner, | No. CV-20-01800-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Midwestern University, | |
| Defendant. | |

**IT IS ORDERED** granting the parties' Stipulation to Dismiss with Prejudice (Doc. 87).

**IT IS FURTHER ORDERED** that this action and all claims brought by Plaintiff are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the final pretrial conference on April 5, 2023, and the trial on April 19, 2023 (and all related deadlines) are vacated.

**IT IS FINALLY ORDERED** that the motion for reconsideration (Doc. 78) is denied as moot.

Dated this 20th day of January, 2023.

James A. Teilborg
Senior United States District Judge